Certificate Number: 05781-FLS-DE-036214351

Bankruptcy Case Number: 21-18862



05781-FLS-DE-036214351

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 20, 2021</u>, at <u>11:20</u> o'clock <u>AM PST</u>, <u>Javier Lojo</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:  <u>December 20, 2021</u>          By:     <u>/s/Allison M Geving</u>

                                      Name:  <u>Allison M Geving</u>

                                      Title:  <u>President</u>